IDA SELIGMAN v. SPOROS PAPOUTSOPULOS.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

NICHOLAS J. MAJEWSKI v. JAMES E. FARLEY, as Assistant Property Clerk of the Police Department, etc.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BERTHA STEARN v. LEO STRAUSS.— Application granted upon defendant filing stipulation for judgment absolute in event of affirmance. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FORTY-FIRST AND PARK AVENUE CORPORATION v. WILLIAM E. WALSH and Others, etc. (RUDOLPH P. MILLER, as Superintendent, etc., Appellant.)— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FORTY-FIRST AND PARK AVENUE CORPORATION v. WILLIAM E. WALSH and Others, etc. (RUDOLPH P. MILLER, as Superintendent, etc., Appellant.)— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FORTY-FIRST AND PARK AVENUE CORPORATION v. WILLIAM E. WALSH and Others, etc. (FIFTH AVENUE ASSOCIATION, Appellant.)— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of ASHLEY D. ADAMS and Others v. ROTHENBERG SONS COMPANY, INC.— Motion for leave to appeal denied, with ten dollars costs, and motion for a stay granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MAUDE B. WALLACH v. NEW AMSTERDAM CASUALTY COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SIDNEY B. BOWMAN AUTOMOBILE COMPANY v. WALTER J. SALMON and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HARRIS ZWISOHN v. ROSEDALE DAIRY COMPANY, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

RAYMOND E. BELL v. SHERMAN AND ASSOCIATES, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of MARSHALL P. LEVY, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANGELO A. DE VITO v. HENRY D. SAYER, Industrial Commissioner of the State Department of Labor.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.